IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>Michael Brian Jensen<br>Defendant | Case No. 3:19-mj-00623-DMS |
|---|---|

## AFFIDAVIT IN SUPPORT OF CRIMAL COMPLAINT

I, Douglas A. Jacobs, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an agent of the Federal Bureau of Investigation of the Department of Justice within the meaning of Title 18, United States Code, Section 3052, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, criminal offenses, including Title 18, United States Code, Section 2113. I have been employed by the FBI as a Special Agent since March 2012. I am currently assigned to the violent crime squad in the Anchorage, Alaska Field Division. My duties encompass investigating violations of 18 USC 2113 (Bank robbery—Credit Union).

1

2. I make this affidavit in support of a criminal complaint against MICHAEL BRIAN JENSEN for violating 18 USC 2113(a).

3. Based on witness interviews and video footage, at approximately 11:02am on Friday, December 13, 2019, a man entered the AlaskaUSA Federal Credit Union at 310 East Northern Lights Boulevard in Anchorage, Alaska. The man wore a gray knit hat on his head, red jacket, dark colored pants, and dark colored shoes. The man had a pale complexion, beard, mustache and blue eyes.

4. Witnesses inside the bank stated that the suspect approached the first teller at station #1 (hereafter Teller 1), and produced a note. As a result, the suspect obtained U.S. currency from the teller. Teller 1 said her heart was pounding and she was scared. Teller 1 said she wanted to get the suspect out of the bank before anything happened to anyone. Based on witness accounts, the suspect then walked out of the building via the north entrance.

5. The teller at station #5 (hereafter Teller 2) noticed a robbery was in progress. Teller 2 looked at the suspect and gave a description of him to law enforcement officers.

6. A cash audit conducted by credit union supervisors revealed that approximately $947.00 dollars in cash was missing from Teller 1's drawer.

2



DEC 1 4 2019

7. The credit union's parking lot is located along East Northern Lights Boulevard. Directly west of the credit union building is Chuck E. Cheese, located at 308 East Northern Lights Boulevard. To the southwest of the credit Union is a Walmart Supercenter, located at 3101 A Street.




DEC 14 2019



DEC 14 2019

8. Security camera footage from the surrounding buildings captured the suspect flee on foot west past the Chuck E. Cheese and turn southbound. Video showed the suspect discard his red jacket on the west side of Chuck E. Cheese. Anchorage Police Department (APD) officers recovered the red jacket. The suspect was then shown fleeing down the east side of the Walmart Supercenter and then turning westbound. The suspect entered the Walmart through the southwest entrance.

9. Inside the Walmart, the suspect was shown on video to purchase a pack of cigarettes and a lighter at the liquor department and later purchasing a multi colored stocking hat, green vest and black neck gator at the self-check out. The suspect then exited the southwest entrance. The suspect discarded the gray knit hat he was wearing into the southwest trash can outside the Walmart. APD officers recovered the gray knit hat.

10. The suspect was then located in the vicinity of Barrow Street and West 36th Ave in front of the Z.J. Loussac Library, located at 3600 Denali Street. The suspect matched a still image of the suspect from surveillance footage of the robbery taken by a camera inside the credit union. APD detained the suspect. The suspect was positively identified by his DMV photograph as Michael Brian Jensen. APD conducted a field line-up of Jensen with

4



DEC 14 2019

Teller 1 and Teller 2. Both tellers positively identified Jensen as the man who robbed the credit union.

11. APD transported Jensen to the FBI Anchorage office building to be interviewed.

12. Jensen was advised of his Miranda Rights and agreed to be interviewed by FBI personnel. Jensen said he bought a pack of cigarettes, lighter, and clothing in Walmart. Jensen said he spent approximately $11 US on the cigarettes and lighter, and approximately $35 US on the clothing. Jensen donated the change from the purchases to a charity organization outside the Walmart entrance.

13. Jensen signed a consent to search waiver for his wallet. $901.00 US currency was recovered from his wallet. The recovered denominations were 5 x $100, 1 x $50, 15 x $20, 9 x $5, and 6 x $1. The loss currency from the credit union was 5 x $100, 1 X $50, 15 x $20, 3 x $10, 12 x $5, and 7 x $1. The sum of the approximate $46 US Jensen spent at Walmart and the $901.00 US recovered from his wallet is $947.00 US, which is the estimated loss of currency from the credit union.

14. The AlaskaUSA Federal Credit Union at 310 Northern Lights Boulevard in Anchorage, Alaska was insured by the National Credit Union Administration Board.

5

## CONCLUSION

15. Based upon the information above, your affiant submits that there is probable cause to believe that **MICHAEL BRIAN JENSEN** took, by force and violence, and by intimidation, money belonging to, or under the care, custody, and control of, AlaskaUSA Federal Credit Union at 310 East Northern Lights Boulevard in Anchorage, Alaska in violation of Title 18, United States Code, Section 2113(a) (Credit Union Robbery).

Douglas A. Jacobs
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
14 day of December, 2019



United States Magistrate Judge
District of Alaska
Anchorage, Alaska

6